AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

LISA SIGETICH, *individually, and as representative of a Class of Participants and Beneficiaries of The Kroger Co. 401(k) Retirement*

*Plaintiff*

v.

THE KROGER CO., *et al.,*

*Defendants*

Civil Action No.  1:21-cv-697

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendants' motion to dismiss (Doc. 40) is GRANTED; The Amended Complaint is DISMISSED with prejudice; and this case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Timothy S. Black, U.S. District Judge   on a motion to dismiss (Doc 40).

Date:  3/9/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*